THE UNITED STATES DISTRICT COURT ✓ FEE PAID
FOR THE DISTRICT OF MARYLAND
_____ FEE NOT PAID
(SEND LETTER)

ORIGINAL

LISA MEADE AND DAVID MEADE •
                            •
        Plaintiff(s)        •   Civil Action No. H-00-1028
    vs.                     •
                            •
BAXTER INTERNATIONAL, INC., et al. •
                            •
        Defendant(s)        •

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, **E. DAVID HOSKINS** Esquire a member of the Bar of this court, moves the admission of **BETH J. LADOAGA** Esquire to appear pro hac vice in the captioned proceeding as counsel for Plaintiffs **LISA MEADE AND DAVID MEADE**

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of **SOUTH CAROLINA**

and/or the following United States Court(s): **TEXAS, NORTH DAKOTA**

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court **0** time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: **NOT APPLICABLE**

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U.S DISTRICT COURT

Revised 6/98

-2-

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or __E. DAVID HOSKINS__ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:  
_E. David Hoskins_  
Signature  
LAW OFFICES OF Peter G. Angelos  
100 N. Charles St.  
Address  
Baltimore, MD 21210  
(410) 649-2064  
Office phone number  
(410) 649-2150  
Fax number  
06705  
Md. U.S. District Court Number

PROPOSED ADMITTEE:  
_Britt Faddage_  
Signature  
28 BRIDGESIDE BLVD.  
Address  
MT. PLEASANT, S.C. 29464  
843/216-9471  
Office phone number  
843/216-9430  
Fax number

FILED ____ ENTERED ____  
APR 27 2000

## ORDER

Motion __✓__ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

_April 27, 2000_  
Dated

_Alexander Harvey_  
Judge, U.S. District Court