**UNITED STATES DISTRICT COURT**

**DISTRICT OF MARYLAND**

**CHAMBERS OF**  
**CATHERINE C. BLAKE**  
**UNITED STATES DISTRICT JUDGE**

**U.S. COURTHOUSE**  
**101 WEST LOMBARD STREET**  
**BALTIMORE, MARYLAND 21201**  
**(410) 962-3220**  
**Fax (410) 962-6836**

May 7, 2003

MEMO TO COUNSEL RE:   Lisa Meade, et al. v. Baxter International, Inc., et al.
                      Civil No. CCB-00-1028

Dear Counsel:

Please provide the court with a status report in this case by **May 28, 2003**.

Sincerely yours,

/s/

Catherine C. Blake  
United States District Judge