IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LISA MEADE, ET AL.                      :
                                        :
   v.                                   :   CIVIL NO. CCB-00-1028
                                        :
BAXTER INTERNATIONAL, INC., ET AL.      :

...o0o...

## ORDER

The Court has been notified that the plaintiff has settled all claims with all defendants, with the exception of a claim against Tillotson Healthcare.  Because Tillotson is in a pending bankruptcy proceeding, this case is hereby **Administratively Closed**.

Counsel may move to re-open the case at the conclusion of the bankruptcy proceeding or for other good cause.

**SO ORDERED** this __28th__ day of May, 2003.

                                             /s/
                                     Catherine C. Blake
                                     United States District Judge