IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE: LATEX GLOVES
PRODUCTS LIABILITY LITIGATION

LISA MEADE, et al.

    Plaintiffs,

vs.

BAXTER INTERNATIONAL, et al.,

    Defendants.

Civil Action No.00-CV-1028

## STIPULATION AND CONSENT ORDER OF DISMISSAL
### (DISMISSAL FROM ENTIRE ACTION)

IT IS HEREBY STIPULATED by and between Plaintiffs Lisa Meade and David Meade and Defendant Tyco Healthcare Group LP ("Defendant"), through their respective counsel, that the Complaint filed by Plaintiffs against Defendant in the above-captioned matter is dismissed with prejudice as to Defendant only and without costs to either party.

This stipulation may be signed in counterparts and, if so signed, shall have the same force and effect as if all signatories had executed one copy.

Daniel W. Whitney, Esquire
Whitney & Bogris, LLP
401 Washington Ave., 12th Floor
Towson, MD 21204
(410) 583-8000

**Attorneys for Defendant**
**Tyco Healthcare Group LP**

Dated: 8/22/03

Fred Thompson, III, Esquire
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
(843) 216-9000

**Attorneys for Plaintiffs**

Dated August 15, 2003

IT IS SO ORDERED.

Dated 8/25/03

_____
Judge

## CERTIFICATE OF SERVICE

This is to certify that have this day served all counsel of record with the foregoing Stipulation and Consent Order of Dismissal by first class U.S. Mail, postage prepaid to:

Fred Thompson, III, Esquire
Motley Rice LLC
28 Bridgeside Boulevard
PO Box 1792
Mt. Pleasant, SC 29465
**Attorneys for Plaintiff**

David S. Shrager, Esquire
Shrager Spivey Sachs & Weinstock
Two Commerce Square
2001 Market Street, 32nd Floor
Philadelphia, PA 19103

Dianne M. Nast
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

Ralph I. Knowles
Doffermyre, Shields, Canfield, Knowles & Divine
Suite 1600, 1355 Peachtree Street, N.E.
Atlanta, GA 30309-3269
**Plaintiffs' Liaison Counsel**

James A. Willhite, Jr., Esquire
Montgomery, McCracken, Walker & Rhoads
123 South Broad Street, 28th Floor
Philadelphia, PA 19109

Alan L. Unikel, Esquire
Seyfarth, Shaw, Fairweather & Geraldson
55 East Monroe Street, Suite 4200
Chicago, IL 60603-5803
**Defense Liaison Counsel**

John Dames, Esquire
David Sudzus, Esquire
Kelley, Drye & Warren, LLP
333 West Wacker Drive, Suite 2600
Chicago, Illinois 60606
**Attorneys for Johnson & Johnson Medical, Inc.
 and Johnson & Johnson**

DATED: August 22, 2003.

_____
Daniel W. W. Whitney