IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LISA MEADE, et al.,  )
                     )
        Plaintiffs,  )   Case No.: 1:00-cv-01028-CCB
                     )
v.                   )
                     )
BAXTER INTERNATIONAL,)
et al.,              )
        Defendants. )
                     )

### STIPULATION AND CONSENT ORDER OF DISMISSAL
### (DISMISSAL FROM ENTIRE ACTION)

IT IS HEREBY STIPULATED by and between Plaintiffs, Lisa Meade and David Meade and Defendants Johnson & Johnson and Johnson & Johnson Medical, a division of Ethicon, Inc., ("Defendants"), through their respective counsel, that the Complaint filed by the Plaintiffs against Defendants in the above-captioned matter is dismissed with prejudice and without costs to either party as to Defendants only.

This stipulation may be signed in counterparts and, if so signed, shall have the same force and effect as if all signatories had executed one copy.

_____          _____
William V. Essig, Esquire                Fred Thompson, III, Esquire
KELLEY DRYE & WARREN                     MOTLEY RICE, LLC
333 W. Wacker Drive, Suite 2600          28 Bridgeside Blvd.
Chicago, IL 60606                        P.O. Box 1792
(312) 857-7070                           Mt. Pleasant, SC 29464
**Counsel for Defendants**               **Counsel for Plaintiffs**
**Johnson & Johnson,**
**Johnson & Johnson Medical**

Dated: 11/16/04                          Dated: 11-29-04

IT IS SO ORDERED.

Dated: 12/1/04                           /s/ CCB
                                         _____
                                         U.S.D.J.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel of record with the foregoing Stipulation and Consent Order of Dismissal by first class U.S. Mail, postage prepaid to :

William V. Essig, Esquire
KELLEY, DRYE & WARREN, LLP.
303 West Wacker Dr., Suite 2600
Chicago, IL 60606
**Counsel for Johnson & Johnson
Johnson & Johnson Medical**

This 29 day of November 2004.

Andy Rosenbaum, Paralegal to
Fred Thompson, III, Esq.
Motley Rice, LLC
P.O. Box 1792
Mt. Pleasant, SC 29465